PHILLIP A. TALBERT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>LEONARDO YANEZ ZAMBRANO,<br><br>OMAR QUINTERO ALVARADO,<br><br>            Defendants. | CASE NO. 2:24-MJ-00141 AC<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: November 27, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

      Plaintiff United States of America, by and through its attorney of record, Special Assistant United States Attorney MATTHEW DE MOURA, and defendants LEONARDO YANEZ ZAMBRANO and OMAR QUINTERO ALVARADO. both individually and by and through their counsel of record, CHRISTOPHER COSTA and TASHA CHALFANT, hereby stipulate as follows:

      1.    The Complaint in this case was filed on November 7, 2024, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on November 13, 2024. The court set a preliminary hearing date of November 27, 2024.

      2.    By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to December 18, 2024, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of

the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between November 27, 2024, and December 18, 2024, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  November 22, 2024	PHILLIP A. TALBERT
	United States Attorney

	/s/ MATTHEW DE MOURA
	MATTHEW DE MOURA
	Special Assistant United States Attorney

Dated:  November 22, 2024	/s/ CHRISTOPHER COSCA
	CHRISTOPHER COSCA
	Counsel for Defendant
	LEONARDO YANEZ ZAMBRANO

Dated:  November 22, 2024	/s/ TASHA CHALFANT
	TASHA CHALFANT
	Counsel for Defendant
	OMAR QUINTERO ALVARADO

STIPULATION	2

PHILLIP A. TALBERT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-MJ-00141 AC |
|---|---|
| Plaintiff, | [MODIFIED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| LEONARDO YANEZ ZAMBRANO, | |
| OMAR QUINTERO ALVARADO, | DATE: November 27, 2024
TIME: 2:00 p.m.
COURT: Jeremy D. Peterson |
| Defendants. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on November 22, 2024. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

[MODIFIED] FINDINGS AND ORDER                    1

1.     The date of the preliminary hearing is extended to December 18, 2024, at 2:00 p.m.

2.     The time between November 27, 2024, and December 18, 2024, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv), Local Code T-4.

3.     Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  November 22, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE